UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRED L. GODSEY,

    Plaintiff,

v.

                              Case No. 05-72771

                              Honorable Nancy G. Edmunds

CRAIG HUTCHINSON and
CORRECTIONAL MEDICAL SERVICES,

    Defendants.
                                      /

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [16]**

      This matter came before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation dated April 20, 2006. Being fully advised in the premises and having reviewed the pleadings, the Court finds that the Magistrate Judge reached the correct conclusions. Accordingly, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. The Court GRANTS Defendant's Motion to Dismiss [6], DENIES Plaintiff's Motion to File and Amended Complaint [11], and DISMISSES the Complaint without prejudice for failure to exhaust administrative remedies.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: July 28, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 28, 2006, by electronic and/or ordinary mail.

                              s/Carol A. Hemeyer
                              Case Manager